<u>Court of Criminal Appeals</u> 83,029-01

<u>Trial Cause # 94034831010-(A)</u>

Re: <u>Lynval Pearson</u>    <u>T.D.C. # 1847945</u>

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 06 2015

Abel Acosta, Clerk

<u>IN The 263rd</u> Judicial
District Court of
Harris County Tx

<u>Amended Motion For leave to withdraw 11.07</u>
<u>Writ of Habeas Corpus Application in Rule 73.1(d)</u>
<u>And Rule 73.2</u>

To The Honorable Judge of Said court :
The <u>Appellant Lynval Pearson</u> Argue And Request in <u>Motion to Extend Time For Reconsideration in Rule 10.5(b)</u> <u>And Motion For Rehearing</u> when the clerk of the Convicting court should Not File AN Application that is Not on the Form Prescribed by the Court of Criminal Appeals, And Return the Application to the Person who File it, with A Copy of the official Form. The clerk of the <u>Court of Criminal</u> <u>Appeals</u>, may, without Filing AN Application that does Not Comply with this Rule, Return it to the clerk of the Convicting court, with A notation of the defect, And the clerk of the convicting Court will Return the Application to the Person who File it, with A Copy of the official Form. See <u>Rule 73.1 And 73.2</u>, because Mandamus

(1)

Relief is available when the defendant ~~has~~ establish that he has no other adequate legal remedy of law and act he seeks to compel is ministerial and not discretionary in nature when Rule 73.2 alleged the court may deny relief base upon its own review of the application or may issue such other instructions or orders as may be appropriate are added, and a form is added in Appendix for disposition related to merits on all other records on request for relief and reversed and remand for an ~~evidentiary~~ evidentiary hearing under C.C.P. Article 26.04 - 26.05 for appointment of counsel because I am indigent see C.C.P. Article 11.07 § 3(d) for further proceeding

4-1-2015  
Date

Lynval Pearson  
Appellant Signature

## Certificate of Service Rule 9.5
## Rule 2 Suspension of Rules

The Appellant Lynval Pearson verify the statement made in this amended affidavit of inability to pay court costs and initial filing fees without prepayment of fees to file motion for leave to withdraw 11.07 writ of Habeas Corpus under Rule 73.1(d) and 73.2 is true and correct under the penalty of perjury see 28 U.S.C. § 1746 for purpose of Mailbox Rule 4(c)1,2,3(d) for the original and copies of record in Rule 9.3(b), Rule 34.5(c)(1), Rule 34.6(c)(4), Rule 52.7 and Local Rule 10, 11, 12 (c) and Benefits

(2)